No. 85–553. KEMP, WARDEN v. BROOKS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570. ■

No. 85–736. KEMP, WARDEN v. THOMAS. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570. ■

No. 85–1067. UNITED STATES v. BEN M. HOGAN CO., INC. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570.

No. 85–1218. KEMP, WARDEN v. CORN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570. ■

No. 85–1300. COLLINS ET AL. v. CITY OF NORFOLK ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thornburg* v. *Gingles, ante,* p. 30.

No. 85–1309. KOEHLER, WARDEN v. MCGHAR. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570. ■

No. 85–1345. J. A. CROSON CO. v. CITY OF RICHMOND. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wygant* v. *Jackson Board of Education,* 476 U. S. 267 (1986).